UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORMAN CLANCY,<br><br>        Plaintiff,<br><br>    v.<br><br>JERRY MANCUSO; GERALD BITTNER; and KEITH COOPER,<br><br>        Defendants. | Case No. 22-cv-02381-BLF<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF NORMAN CLANCY SHOULD NOT BE DECLARED A VEXATIOUS LITIGANT**<br><br>[Re: ECF 21] |

Plaintiff Norman Clancy is hereby ORDERED TO SHOW CAUSE, in writing and by December 14, 2022, why he should not be declared a vexatious litigant as requested in the motion filed by Defendant Jerry Mancuso (ECF 21).

Upon the filing of Plaintiff's response to this Order to Show Cause, or the expiration of Plaintiff's deadline to respond, the Court will issue a ruling on Defendant Mancuso's request that Plaintiff be declared a vexatious litigant. The Court finds that no hearing is required. *See* Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: November 30, 2022

_____
BETH LABSON FREEMAN
United States District Judge